THE EXCELSIOR SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, *v.* LOUIS COHEN et al., Defendants, and MORRIS LEVY et al., Appellants.

*Excelsior Savings Bank v. Cohen*, 176 App. Div. 740, affirmed.

(Argued February 25, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property. Plaintiff is assignee of the bond and mortgage in suit. To induce it

to accept the assignment, the defendants, appellants, executed and delivered to it their collateral bonds guaranteeing payment. The question at issue was whether the guarantors continued liable after time of payment had been extended for subsequent owners and the rate of interest had been increased. The bonds contained the following provision: "It is expressly understood and agreed, by and between the parties hereto, that this obligation shall be and remain in full force and effect, and no wise be impaired, until the actual payment of the said sum to said obligees. And in case of a sale or transfer of any property embraced in a mortgage collateral to this bond, and in case of any agreement or stipulation between the owner or owners of said mortgaged property and the said obligees, extending the time or modifying the terms of payment above recited, then the above-mentioned obligor shall continue liable to pay the sum above secured according to the tenure of any such agreement, unless expressly released and discharged in writing by the above named obligees."

*Joseph Gans* and *C. Arthur Jensen* for appellants.

*Harold Swain, Benjamin G. Bain* and *Vincent J. Stahl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.